UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SAMAAN ABDUL AZIZ, individually and as Proposed Administrator of the Estate of Rabia Abdul Aziz a/k/a Rabia Aziz, Deceased,

Plaintiff,

**ORDER**

-against-

CV 26-5800 (AYS)

COUNTY OF SUFFOLK, POLICE OFFICER DENY AMAYA, POLICE OFFICER DANIEL CARROLL, POLICE OFFICER MICHAEL LIVORIO, SERGEANT R.A. GRIFFITH, SERGEANT FRANCIS McGLONE, SERGEANT DANIEL LYNCH, JAMEELAH AZIZ, MALIKAH AZIZ, JOHN DOES 1-10, and JANE DOE #1,

Defendants.
-----------------------------------------------------------X
**SHIELDS, United States Magistrate Judge**:

The Court's records reflect that the Complaint in this fee paid action was filed on September 18, 2026. (Docket Entry ("DE") [1].) Pursuant to Rule 4(c)(1) of the Federal Rules of Civil Procedure:

> A summons must be served with a copy of the complaint. The plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies to the person who makes service.

FED. R. CIV. P. 4(c)(1) (emphasis added). Moreover, pursuant to Rule 4(m):

> If a defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

FED. R. CIV. P. 4(m).

Accordingly, IT IS ORDERED that pro se Plaintiff Samaan Abdul Aziz ("Plaintiff") comply

with these requirements on or before **December 17, 2026**. Once the Defendants are served, Plaintiff shall promptly file an Affidavit of Service reflecting such service. PLAINTIFF IS ON NOTICE: A failure to: (1) timely serve the Summons and Complaint and to promptly file proof of such service; or (2) otherwise communicate with the Court as to why such service has or has not been made, will subject the Complaint to dismissal without prejudice in accordance with Federal Rule of Civil Procedure 4(m).

In addition, the Complaint is brought by Samaan Abdul Aziz, pro se, individually and on behalf of the Estate of his mother, Rabia Abdul Aziz, a/k/a Rabia Aziz (the "Estate"). (DE [1].) Given that Plaintiff does not allege that he is an attorney, nor has he alleged that the Estate has neither creditors or beneficiaries other than himself, he may not proceed with the Estate's claims pro se. See Clark v. Santander Bank, N.A., 122 F.4th 56, 59 (2d Cir. 2024) (citing Guest v. Hansen, 603 F.3d 15, 17 (2d Cir. 2010)) ("[A]n administrator can proceed pro se where an estate has neither creditors nor beneficiaries other than the administrator."). Accordingly, unless counsel files a notice of appearance on behalf of the Estate within thirty (30) days from the date of this Order, the Court will reassign this case to a District Judge and recommend dismissal of the claims brought by the Estate without prejudice.

IT IS FURTHER ORDERED that the Clerk of Court is directed to mail a copy of this Order together with a blank summons and instructions for service to Plaintiff and to note such mailing on the docket. Plaintiff shall complete and return the summons for issuance by the Court and, once issued, shall effect service in accordance with the requirements of Rule 4 of the Federal Rules of Civil Procedure.[1]

---

[1] The Court encourages Plaintiff to consult with the Hofstra Law Pro Se Clinic located in the Central Islip Courthouse, which can provide free information, advice, and limited scope legal assistance to non-incarcerated pro se litigants. The Court notes that the Pro Se Clinic is not part

Plaintiff is required to advise the Clerk of the Court of any change of address. Failure to keep the Court informed of Plaintiff's current address means the Court will not know where to contact Plaintiff and may result in dismissal of the case.

**SO ORDERED.**

Dated: Central Islip, New York
September 22, 2026

/s/ Anne Y. Shields
Anne Y. Shields
United States Magistrate Judge

---

of, nor run by, the United States District Court. The Clinic offers such services as: providing brief legal counseling; explaining federal court rules and procedures; and reviewing and editing draft pleadings and correspondence with the Court. Additionally, the Clinic may aid during the discovery process, and, in appropriate circumstances, may represent pro se parties at depositions or in the settlement process. Consultations with the Pro Se Clinic can be conducted remotely via telephone and they may be contacted via email at PSLAP@Hofstra.edu or by telephone at (631) 297-2575.